IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TENET HEALTHSYSTEM PHILADELPHIA, INC.,** | : | **CIVIL ACTION** |
| Movant, | : | |
| v. | : | |
| **FRANCIS ROONEY,** | : | |
| | : | **NO. 12-mc-58** |
| Respondent. | : | |

### O R D E R

**AND NOW**, this 14th day of August, 2012, upon consideration of Movant Tenet HealthSystem Philadelphia, Inc.'s Motion to Confirm the Clause Construction Award (Doc. No. 1), Respondent Francis Rooney's Response thereto and Cross-Motion for Vacatur (Doc. No. 9), it is hereby **ORDERED** as follows:

1. The Motion to Confirm the Clause Construction Award (Doc. No. 1) is **GRANTED** and the Award is **CONFIRMED**.

2. Mr. Rooney's Cross-Motion to Vacate (Doc. No. 9) is **DENIED**.

3. The Clerk of the Court is directed to close this matter for statistical purposes.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE

1